No. 94–420.  ACCREDITED SURETY & CASUALTY CO., INC. *v.* MCELVEEN, SHERIFF, CALCASIEU PARISH.  Ct. App. La., 3d Cir. Certiorari denied.

No. 94–421.  DICKERSON ET AL. *v.* WILLIAMS ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 94–423.  KOVACS ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE.  C. A. 6th Cir.  Certiorari denied.

No. 94–424.  KNIPE ET AL. *v.* UNITED STATES.  C. A. 2d Cir. Certiorari denied.

No. 94–426.  SNAP-TITE, INC. *v.* NATIONAL COUPLING CO., INC. C. A. Fed. Cir.  Certiorari denied.

No. 94–429.  ASHNESS *v.* FIRST BANK & TRUST CO.  Sup. Ct. R. I.  Certiorari denied.

No. 94–432.  BUSCHMAN *v.* AIKEN & MAWICKE, S. C., ET AL. Ct. App. Wis.  Certiorari denied.

No. 94–433.  LAIDLAW HOLDINGS, INC., ET AL. *v.* POLLACK ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 94–436.  CHICAGO BOARD OF EDUCATION *v.* AFFILIATED FM INSURANCE CO.  C. A. 7th Cir.  Certiorari denied.

No. 94–437.  BREAUX BROTHERS FARMS, INC., ET AL. *v.* TECHE SUGAR CO. ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 94–439.  MOORE *v.* INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, LOCAL 569, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 94–443.  MODERN GRAPHIC ARTS, INC., ET AL. *v.* BEDINGHAUS ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 94–446.  CITY OF CORVALLIS *v.* TURPEN ET AL.  C. A. 9th Cir.  Certiorari denied.